IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LISA ANN ARTHUR

      Plaintiff,

v.              CIVIL ACTION NO.  2:20-cv-00532

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.

**ORDER**

  This action was referred to United States Magistrate Judge Dwayne L. Tinsley for submission of proposed findings of fact and recommendations for disposition by standing order entered on January 4, 2016, and filed in this case on August 11, 2020, pursuant to 28 U.S.C. § 636 (b)(1)(B). On June 11, 2021, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 16] ("PF&R") and recommended that the court deny Claimant's request to reverse the Commissioner's decision [ECF No. 14], grant the Commissioner's request to affirm his decision [ECF No. 15], affirm the final decision of the Commissioner, and dismiss this action from the Court's docket.

  A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Claimant's request to reverse the Commissioner's decision [ECF No. 14], **GRANTS** the Commissioner's request to affirm his decision [ECF No. 15], **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 20, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2